**0 682**

NO OPINION
EVER ISSUED
BY THIS
NUMBER